UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMARIN PHARMA, INC., <br> DR. JONATHAN HERBST, <br> DR. ERIC RISHE, DR. PETER <br> GOTTESFELD, and <br> DR. RALPH YUNG, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD & DRUG <br> ADMINISTRATION <br> 10903 New Hampshire Avenue <br> Silver Spring, Maryland 20993, <br><br> UNITED STATES OF AMERICA <br> Serve to: U.S. Attorney General <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530, <br><br> STEPHEN OSTROFF, M.D., <br> in his official capacity as Acting <br> Commissioner of Food and Drugs <br> 10903 New Hampshire Avenue <br> Silver Spring, Maryland 20933, and <br><br> SYLVIA MATHEWS BURWELL, in her <br> official capacity as Secretary of the <br> Department of Health & Human Services <br> 200 Independence Avenue SW <br> Washington, DC 20201, <br><br> Defendants. | Civil Action No. 1:15-cv-03588-PAE <br><br><br><br> Oral Argument Requested |

## NOTICE OF MOTION FOR
## PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that upon the accompanying Declarations of Dr. Jonathan Herbst, Dr. Eric M. Rishe, Dr. Peter M. Gottesfeld, Dr. Ralph Yung, Aaron Berg, Steven Ketchum, and Joel Kurtzberg, together with the exhibits annexed thereto, the Memorandum of Law in

Support of Motion for Preliminary Injunction, and upon all prior pleadings and proceedings herein, Plaintiffs Amarin Pharma, Inc., Dr. Jonathan Herbst, Dr. Eric M. Rishe, Dr. Peter Gottesfeld, and Dr. Ralph Yung will move, by and through their undersigned counsel, before the Honorable Paul A. Engelmayer, United States District Judge at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York 10007, on June 24, 2015, or at such date and time as the Court determines, for an order granting Plaintiffs' Motion for Preliminary Injunction.

Dated:  New York, New York
        May 22, 2015

CAHILL GORDON & REINDEL LLP

By: _____
Floyd Abrams
Joel Kurtzberg
Michael B. Weiss
80 Pine Street
New York, New York 10005
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420

*Attorneys for Plaintiffs*

*Of counsel*:

Joseph T. Kennedy
Senior Vice President, General Counsel
c/o Amarin Pharma, Inc.
1430 Route 206
Bedminster, NJ 07921
Telephone: (908) 719-1315
Facsimile: (908) 719-3012

*Attorney for Plaintiff Amarin Pharma, Inc.*