UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                :
AMARIN PHARMA, INC., DR. JONATHAN HERBST,   :
DR. ERIC RISHE, DR. PETER GOTTESFELD, and   :
DR. RALPH YUNG,                                                 :
                                                                :   15 CV 3588 (PAE)
            Plaintiffs,                             :
                                                                :
    -against-                                                :
                                                                :
U.S. FOOD AND DRUG ADMINISTRATION,         :
UNITED STATES OF AMERICA,                       :
STEPHEN OSTROFF, M.D., in his official capacity :
as Acting Commissioner of Food and Drugs, and   :
SYLVIA MATHEWS BURWELL, in her official capacity :
as Secretary of the Dep't of Health and Human Services, :
                                                                :
           Defendants.                             :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF MOTION FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that upon the accompanying declaration of Deborah N. Misir and the exhibit thereto, and all prior pleadings and proceedings in this action, *amicus curiae* Washington Legal Foundation will move this Court, before the Honorable Paul A. Engelmayer, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for a preliminary injunction.

The proposed *amicus* brief is attached as the exhibit to the accompanying declaration.

Dated: Mineola, New York
June 12, 2015

                                              Respectfully submitted,

                                               /s/ Deborah N. Misir

Of Counsel:                                 Deborah N. Misir
                                              Lally & Misir
Richard A. Samp                      The Nassau Building
Mark S. Chenoweth                220 Old Country Road
Washington Legal Foundation     Mineola, NY 11501
2009 Massachusetts Ave., NW     Tel.:   516-741-2666
Washington, DC 20036             Fax:   516-742-8533
Tel.:   202-588-0302                  dmisir@lallymisir.com
Fax:   202-588-0386

                                              Attorney for *Amicus Curiae*
                                              Washington Legal Foundation


TO:    All Counsel of Record
          (By ECF)