UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMARIN PHARMA, INC., et al.,

                Plaintiffs,

-v-

UNITED STATES FOOD & DRUG
ADMINISTRATION, et al.,

                Defendants.

------------------------------------------------------------X

15 Civ. 3588 (PAE)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/15
```

PAUL A. ENGELMAYER, District Judge:

       On August 7, 2015, the Court issued an opinion and order, granting plaintiffs' motion for preliminary relief. The Court hereby directs the parties to confer no later than Monday, August 24, 2015, as to the future course of and next steps in the case, and submit a joint letter by Friday, August 28, 2015, setting forth the parties' views on this subject.

       SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: August 10, 2015
       New York, New York